■ ALBERT PADOVANI, Appellant, v GERALD E. MILLER et al., Respondents. [843 NYS2d 518]—In an action to recover damages for dental malpractice, the plaintiff appeals from a judgment of the Supreme Court, Westchester County (Smith, J.), dated August 25, 2006, which, upon a jury verdict, is in favor of the defendants and against him dismissing the complaint.

Ordered that the judgment is affirmed, with costs.

The Supreme Court erred in excluding from evidence a portion of the deposition testimony of the defendant Gerald E.

Miller (see CPLR 3117 [a] [2]; *Fanek v City of Yonkers,* 287 AD2d 683 [2001]) and in prospectively precluding the parties from objecting to summations (see *Roma v Blaustein,* 44 AD2d 576, 577 [1974]). Nevertheless, we decline to reverse the judgment in favor of the defendants because the errors were harmless (see CPLR 2002; *Maione v Pindyck,* 32 AD3d 827 [2006]; *Gilbert v Luvin,* 286 AD2d 600 [2001]; *Sperin v Good Samaritan Hosp.,* 250 AD2d 755 [1998]; *Lauter v Village of Great Neck,* 231 AD2d 553, 555 [1996]; see also *Mullen v Eswar,* 233 AD2d 376 [1996]).

The plaintiff's remaining contentions are without merit. Spolzino, J.P., Santucci, Balkin and Dickerson, JJ., concur.